

**EXHIBIT B**

ATM Card
    Free Checking – $2.00* per month per card
    E-Checking – $2.00* per month per card
    Cornerstone Checking – $2.00* per month per card
    Classic 55 – $2.00* per month per card
    Savings Only Account - FREE
ATM Card (Replacement Fee): $15.00*

DEBIT Card
    Free Checking – FREE
    E-Checking – FREE
    Cornerstone Checking – FREE
    Classic 55 – FREE
Debit Card – Personal (Replacement Fee)
    Debit Card: $15.00*

Withdrawal Limits – ATM Card
    Cash Withdrawal Per Day: No more than $310.00 per card
    Cash Withdrawal per 3-day limit: No more than $930.00 per card
Withdrawal Limits – Debit Card or Business Debit Card
    Cash Withdrawal Per Day, Checking and Savings Combined: No more than $310.00 per card
    Point of Sale Purchase Per Day, Including Cash Withdrawal Limits: No more than $1020.00 per card
    Point of Sale Purchase Per 3-days, Including Cash Withdrawal Limits: No more than $1530.00 per card

Business Debit Card: FREE
Debit Card – Business (Replacement Fee)
    Debit Card: $15.00*

HSA Debit Card: FREE

Check Printing
    Personal and Business Checks: Price varies per design and style.

Cashier's Checks/Online checks
    Price Per Check: $7.00

VISA Access Card
    Price Per Card: $10.00
    Price Per Card, Per Reload: $7.00

VISA Gift Card
    Price Per Gift Card: $7.00

Overdraft Item Charges
    Per Item Charge: $32.00
Insufficient Funds Charges
    Per Item Returned: $32.00

Insufficient Funds Transfer (Sweep)
    Per Transfer: $5.00*

Business Return Check Fee
    Per Check Returned: $5.00*

Account Balancing Assistance
    First Time: Free
    Additional Assistance Per Instance: $25.00*

Account Research
    Research Fees: $50.00* per hour, $25.00* minimum

Stop Payment
    Per Stop Payment: $30.00*

Stop Payment Renewal (at 6 months)
    To Renew Stop Payment: $10.00* Per Stop Payment

Wire Transfer
    Incoming Wire Fee: $20.00*
    Outgoing Wire Fee: $40.00*
    International Wire Fee: $75.00*

Garnishments
    Garnishment Fee: $50.00

Levies
    Levy Fee: $50.00

Dormant Account Fee
    If account is dormant (no activity for over 1 year): $5.00 per month
    *Checking account dormant fee is subject to Iowa Sales Tax

Deposit Bags
    Zipper Bags: Free
    Locking Deposit Bags: $25.00 per bag

Bill Pay
    Bill Pay: Free

Notary: Free

Safe Deposit Box
    Contact Bank for more details concerning size and prices: Prices range from $15 to $100
    Drilling Fee: $200.00
    Replacement Key Fee: $20.00

Deposit Account Statements (For all accounts)
    Paper Statement Fee: $3.00 per statement
    *Checking account paper statement fee is subject to Iowa Sales Tax
    Electronic Statements (eStatements): Free

*Fees subject to Iowa Sales Tax
The fees listed are effective as of 2/7/2024.

| CEDAR RAPIDS | CORALVILLE | ELKADER | MARQUETTE | SWISHER | WALFORD |
|---|---|---|---|---|---|
| 319.393.9931 | 319.569.2800 | 563.245.2110 | 563.873.3553 | 319.857.4131 | 319.846.2650 |