UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| **DAVID GRAY,** on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**CENTRAL STATE BANK,**<br><br>Defendant. | Case No. 3:24-cv-00086-RGE-SBJ<br><br>**JOINT SCHEDULING ORDER AND DISCOVERY PLAN** |

**JOINT PROPOSED SCHEDULING ORDER AND DISCOVERY PLAN**

Counsel for Plaintiff, David Gray and counsel for Defendant, Central State Bank, have conferred and submit the following case information and proposed dates for case management:

1. Did the parties both (a) enter into an agreement at the Rule 26(f) conference resolving all issues relating to initial disclosures, and (b) discuss the preservation, disclosure, and discovery of electronically stored information? ☒yes ☐ no

    a. If the parties have agreed to a deadline for making the initial disclosures, state the date by which the initial disclosures will be made:    **Jan. 10, 2025**

2. Deadline for motions to add parties (without leave of court):    **Feb. 14, 2025**

3. Deadline for motions to amend pleadings (without leave of court):    **Feb. 14, 2025**

4. Expert witnesses to be disclosed by:

    a. Plaintiff:    **Oct. 10, 2025**

    b. Defendant:    **Dec. 12, 2025**

    c. Plaintiff Rebuttal:    **Feb. 13, 2026**

5. Deadline for completion of discovery:    **Mar. 13, 2026**

6. Deadline for Plaintiff's Motion for Class Certification: **July 16, 2025**[1]

    a. Deadline for Defendant's Opposition to Plaintiff's Motion for Class Certification: **September 17, 2025**

    b. Deadline for Plaintiff's Reply in Support of his Motion for Class Certification: **October 15, 2025**

    c. Hearing on Motion for Class Certification: **November 2025**

7. Dispositive motions deadline**:   Apr. 30. 2026**

8. Trial Ready Date**:       Sept. 28, 2026**

9. Has a jury demand been filed? ☑ yes ☐ no

10. Estimated length of trial:  **7-10 days**

11. Settlement conference (choose one of the following):

    a. ☐ A court-sponsored settlement conference should be set by the court at this time for a date after:

    or

    b. ☑ A court-sponsored settlement conference is not necessary at this time.

12. Should the court order a court-sponsored scheduling and planning conference pursuant to Fed. R. Civ. P. 16(b) and 26(f)?

    ☑ yes ☐ no

13. Do the parties unanimously consent to trial, disposition and judgment by a U.S. Magistrate Judge, with appeal to the Eighth Circuit Court of Appeals? 28 U.S.C. § 636(c)?

    ☐ yes ☑ no

---

[1] The deadline under Local Rule 23(a) is Monday, May 12, 2025. Plaintiffs respectfully request, and Defendant does not resist, an extension to July 16, 2025.

Dated: December 16, 2024

Respectfully submitted,

BY: */s/ J. Barton Goplerud*
J. Barton Goplerud, AT0002983
Brian O. Marty, AT0011622
SHINDLER, ANDERSON, GOPLERUD & WEESE, P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Phone: (515) 223-4567
Fax: (515) 223-8887
goplerud@sagwlaw.com
marty@sagwlaw.com

J. Gerard Stranch, IV (admitted *pro hac vice*)
STRANCH, JENNINGS & GARVEY, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
Telephone: (615) 254-8801
Fax: (615) 255-5419
gstranch@stranchlaw.com

*Attorneys for Plaintiff and the Putative Classes*

BY: */s/ Nicholas Petersen*
Kevin J. Visser AT0008101
Paul D. Gamez AT0002806
Nicholas Petersen AT0012570
SIMMONS PERRINE MOYER BERGMAN PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401-1266
Telephone: (319) 366-7641
Facsimile: (319) 366-1917
Email: kvisser@spmblaw.com
pgamez@spmblaw.com
npetersen@spmblaw.com

*Attorneys for Defendant*