### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF IOWA
### EASTERN DIVISION

| | |
|---|---|
| DAVID GRAY, on behalf of himself and all others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>CENTRAL STATE BANK,<br><br>        Defendant. | Civil Action No. 3:24-cv-00086-SMR-SBJ<br><br><br>**APPEARANCE OF<br>PAUL GAMEZ** |

Paul D. Gamez of Simmons Perrine Moyer Bergman PLC hereby enters his

appearance on behalf of the Defendant.

Dated: December 19, 2024        Respectfully Submitted,

SIMMONS PERRINE MOYER BERGMAN PLC

/s/ Paul D. Gamez
Paul D. Gamez, AT0002806
Nicholas Petersen, AT0012570
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401-1266
Tel: 319-366-7641; Fax: 319-366-1917
pgamez@spmblaw.com
npetersen@spmblaw.com
ATTORNEYS FOR DEFENDANT

### CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2024, I electronically filed the foregoing with the Clerk of the Court by using the Iowa Electronic Document Management System which will send a notice of electronic filing to all attorneys and parties of record.

/s/ Jill Cesek