UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID GRAY, on behalf of himself and all others similarly situated, | * * * | CIVIL NO. 3:24-cv-00086-RGE-SBJ |
| Plaintiff, | * * | |
| v. | * * | **SCHEDULING AND TRIAL SETTING ORDER** |
| CENTRAL STATE BANK, | * * | |
| Defendant. | * * * | |

A scheduling conference was conducted pursuant to Fed. R. Civ. P. 16 on December 19, 2024. Based on the discussions during the conference and the parties' proposed schedule (Dkt. 7), it is hereby ordered:

1. A Jury Trial will be scheduled to begin on December 7, 2026, at 9:00 a.m., before United States District Judge Rebecca Goodgame Ebinger, in the United States Courthouse in Davenport, Iowa. The parties estimate trial will take 10 days.

2. A Final Pretrial Conference will be held on November 4, 2026, at 10:00 a.m., in the United States Courthouse in Des Moines, Iowa, before United States District Judge Rebecca Goodgame Ebinger.

3. The parties must exchange initial disclosures by January 10, 2025.

4. Motions to add parties must be filed by February 14, 2025.

5. Motions for leave to amend pleadings must be filed by February 14, 2025.

6. Plaintiff's motion for class certification must be filed by July 16, 2025. Defendant's response due by September 17, 2025. Plaintiff's reply due by October 15, 2025. All briefs must comply with the page limits set forth in the Court's Local Rules.

7. Plaintiff must designate expert witnesses and disclose their written reports by October 10, 2025.

8. Defendant must designate expert witnesses and disclose their written reports by December 12, 2025.

9. Plaintiff must designate rebuttal expert witnesses and disclose their written reports by February 13, 2026.

10. Discovery must be completed by March 13, 2026. Written discovery shall be propounded so that the time for response is not later than the deadline to complete discovery.

11. Dispositive motions must be filed by April 30, 2026. All briefs must comply with the page limits set forth in the Court's Local Rules.

IT IS SO ORDERED.

Dated December 27, 2024.

_____
Stephen B. Jackson, Jr.
Chief U.S. Magistrate Judge