## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
## EASTERN DIVISION

| | |
|---|---|
| DAVID GRAY, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CENTRAL STATE BANK,<br><br>　　　　Defendant. | Civil Action No. 3:24-cv-00086-SMR-SBJ<br><br>**DEFENDANT'S CORPORATE DISCLOSURE/STATEMENT OF INTEREST** |

　　　　This Corporate Disclosure statement is filed on behalf of Defendant Central State Bank in compliance with Federal Rule of Civil Procedure 7.1(a)(1) and Local Rule 7.1. Defendant Central State Bank hereby declares as follows:

　　　　Defendant Central State Bank's parent company, AJJ Bancorp, Inc., owns 100% of Central State Bank.

　　　　　　　　　　　　　　　　　　Simmons Perrine Moyer Bergman plc

　　　　　　　　　　　　　　　　　　By: /s/ Nicholas Petersen
　　　　　　　　　　　　　　　　　　Kevin J. Visser AT0008101
　　　　　　　　　　　　　　　　　　Paul D. Gamez AT0002806
　　　　　　　　　　　　　　　　　　Nicholas Petersen AT0012570
　　　　　　　　　　　　　　　　　　115 Third Street SE, Suite 1200
　　　　　　　　　　　　　　　　　　Cedar Rapids, IA 52401-1266
　　　　　　　　　　　　　　　　　　Telephone: (319) 366-7641
　　　　　　　　　　　　　　　　　　Facsimile: (319) 366-1917
　　　　　　　　　　　　　　　　　　Email: kvisser@spmblaw.com
　　　　　　　　　　　　　　　　　　pgamez@spmblaw.com
　　　　　　　　　　　　　　　　　　npetersen@spmblaw.com

　　　　　　　　　　　　　　　　　　ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 31, 2024, I filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to all attorneys and parties of record.

                                        /s/ Nicholas Petersen