UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| **DAVID GRAY**, on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br>v.<br><br>**CENTRAL STATE BANK,**<br><br>  Defendant. | Case No. 3:24-cv-00086-RGE-SBJ<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

COMES NOW Plaintiff David Gray, on behalf of himself, and Defendant, Central State Bank and pursuant to Fed. R. Civ. P 41(a)(1)(A)(ii), hereby stipulate and agree to the voluntarily dismissal of Plaintiff's above captioned lawsuit without prejudice.

Dated: February 4, 2025

Respectfully submitted,

BY: */s/ Martin F. Schubert*

Martin F. Schubert (admitted *pro hac vice*)
J. Gerard Stranch, IV (admitted *pro hac vice*)
STRANCH, JENNINGS & GARVEY, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
Telephone: (615) 254-8801
Fax: (615) 255-5419
gstranch@stranchlaw.com
mschubert@stranchlaw.com

BY: */s/ Nicholas Petersen*

Nicholas Petersen AT0012570
Kevin J. Visser AT0008101
Paul D. Gamez AT0002806
SIMMONS PERRINE MOYER BERGMAN PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401-1266
Telephone: (319) 366-7641
Fax: (319) 366-1917
Email: kvisser@spmblaw.com

1

<div style="display: flex;">
<div>

J. Barton Goplerud, AT0002983  
Brian O. Marty, AT0011622  
SHINDLER, ANDERSON, GOPLERUD & WEESE, P.C.  
5015 Grand Ridge Drive, Suite 100  
West Des Moines, IA 50265  
Phone: (515) 223-4567  
Fax: (515) 223-8887  
goplerud@sagwlaw.com  
marty@sagwlaw.com  

*Attorneys for Plaintiff*

</div>
<div>

pgamez@spmblaw.com  
npetersen@spmblaw.com  

*Attorneys for Defendant*

</div>
</div>

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed electronically on February 4, 2025, via the Court Clerk's CM/ECF system, which will provide notice to all counsel of record.

/s/ *Martin F. Schubert*  
Martin F. Schubert, *pro hac vice*